IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 08 2021

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 9:21CR 20 |
| v. § | BY _____ DEPUTY |
| § | Judge Clark-Hawthorn |
| TOCCARA LOCKETT § | |
| aka TOCCARA MCKIND § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about October 31, 2020, in the Eastern District of Texas, **Toccara Lockett aka Toccara McKind**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: a Glock 19X, 9-millimeter pistol bearing serial number BHNP220, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As a result of committing the felony offense in violation of 18 U.S.C. § 922(g)(1) alleged in the indictment, **Toccara Lockett aka Toccara McKind**, defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds obtained directly, or indirectly, as a

result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

    1.) One Glock 19X, 9-millimeter pistol bearing serial number BHNP220, and
    2.) Any and all associated magazines, parts, and ammunition.

By virtue of the commission of the offense alleged in this indictment, any and all Interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____    7/7/21
LAUREN GASTON    Date
Assistant United States Attorney

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 9:21CR 20 |
| v. | § | |
| | § | Judge _____ |
| TOCCARA LOCKETT | § | |
| aka TOCCARA MCKIND | § | |

## NOTICE OF PENALTY

### Counts One

Violation:    18 U.S.C. 922(g)(1)

Penalty:    Possession of a Firearm by a Prohibited Person

Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years. If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $100.00